```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MELODY BYNUM,                                              JUDGMENT
                                                           15-CV- 6263 (JBW)
                          Plaintiff,

     -against-

MAPLEBEAR INC., d/b/a INSTACART,

                          Defendant.
-------------------------------------------------------X
```

   A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed September 19, 2016, denying Plaintiff's request for certification; dismissing the case on the merits, with prejudice; directing the Clerk of Court to enter judgment in favor of Defendant; and ordering that no costs or disbursements are awarded to any party; it is

   ORDERED and ADJUDGED that Plaintiff's request for certification is denied; that the case is dismissed on the merits, with prejudice; that judgment is hereby entered in favor of Defendant Maplebear Inc., d/b/a Instacart and against Plaintiff Melody Bynum; and that no costs or disbursements are awarded to any party.

Dated: Brooklyn, New York               Douglas C. Palmer
   September 19, 2016               Clerk of Court

                             by:  */s/ Janet Hamilton*
                                  Deputy Clerk